IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

OREGON FREEZE DRY, INC.,
an Oregon corporation,

    Plaintiff,

v.

AMERICOLD LOGISTICS, LLC,
a Delaware limited
liability company,

    Defendant.

Civil No. 05-1119-ST

ORDER

MARSH, Judge.

    Magistrate Judge Janice M. Stewart filed her Findings and Recommendation on January 12, 2006. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. See

1 - ORDER

§636(b)(1)(C); <u>Simpson v. Lear Astronics Corp.</u>, 77 F.3d 1170, 1174-5 (9th Cir. 1996). Having reviewed the legal principles <u>de novo</u>, I find no error.

Accordingly, I ADOPT Magistrate Judge Stewart's Findings and Recommendation #37. Americold's Motion (#7) for Summary Judgment and Alternative Motion (#10) for Stay are DENIED.

IT IS SO ORDERED.

DATED this __15__ day of February, 2006.

*Malcolm F. Marsh*
Malcolm F. Marsh
United States District Judge